IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARTHA IRENE GONZALEZ LANKFORD, and UNITED FARM FAMILY INSURANCE COMPANY, | § § § § | No. 102, 2018 |
| Defendants Below, Appellants, | § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § § | C.A. No. K16C-12-026 |
| MARIE SAINT HILAIRE, Individually and as Wife and Administratrix of the Estate of Therisson Augustin, and MARCEA AUGUSTIN, and EDNEST AUGUSTIN, | § § § § § § | |
| Plaintiffs Below, Appellees. | § § | |

Submitted: October 10, 2018
Decided: October 25, 2018

Before **VAUGHN**, **SEITZ,** and **TRAYNOR,** Justices.

# **O R D E R**

This 25th day of October 2018, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated February 6, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice